DANIEL B. CHILDS, Receiver, etc., Respondent, *v.* EDWARD T. LATHAM et al., Appellants.

(Argued March 7, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 19, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Alexander Blumensteil* for appellants.

*James Byrne* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.


WILLIAM H. BOGGS, Respondent, *v.* THEODORE S. BIRD et al., Impleaded, etc., Appellants.

(Argued March 7, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George W. Miller* for appellants.

*James R. Steers, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.